IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : : : | CIVIL ACTION<br><br>No. 20-751 |
| v. | : : | |
| OCEAN AVENUE LLC | : | |

**ORDER**

AND NOW, this 19th day of March, 2021, upon consideration of Defendant Ocean Avenue LLC's Motion to Dismiss or, in the Alternative, Transfer Venue, Plaintiff De Lage Landen Financial Services, Inc.'s response, Ocean's reply, and following a November 23, 2020, telephonic hearing, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 8) is DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.